IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:21-MJ-133 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| KEVYN D. BATES, | ) | Court Date: April 26, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 7513082)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 14, 2021, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEVYN D. BATES, did unlawfully and knowingly assault A.B by striking him.

(Violation of Title 18, United States Code, Section 113(a)(4))

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

Antonio Contreras
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __15__ day of April 2021 to the defendant's home of record.

By: _____
Antonio Contreras
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Antonio.Contrereas@usdoj.gov